JOHN W. ELY, Respondent, v. JAMES W. DOLEN, Appellant, Impleaded with Others.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs, on authority of *Ely* v. *Dolen* (*ante*, p. 726), decided herewith. Kelly, P. J., Manning, Kapper and Lazansky, JJ., concur; Young, J., dissents on the grounds stated in *Ely* v. *Dolen* (*supra*).

In the Matter of the Petition of MARGARET A. LAWRENCE, Respondent, to Prove the Last Will and Testament of GEORGE L. MARION, Deceased. MARY E. MARION and OLGA M. RIVERA, Appellants.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

WILLIAM A. JUCH and Others, Appellants, v. LILLIAN M. ZUCCA and IRMA M. ZUCCA, Individually and as Executrices, etc., of ANTONIO ZUCCA, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

LENA ORLINO, Respondent, v. HARRY SILVERSTONE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

VINCENT ORLINO, Respondent, v. HARRY SILVERSTONE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR PATTERSON, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed, pursuant to Code of Criminal Procedure, section 542. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ANNIE TINSLEY, Respondent, v. SEAL KAP COMPANY, INC., Appellant.— Order denying motion to set aside service of summons and complaint affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.